IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA ESQUIVEL,           )<br>                                       )<br>         Plaintiff,             )<br>                                       )<br>                                       )<br> vs.                               )<br>                                       )<br>MICHAEL J. ASTRUE, Commissioner, )<br>                                       )<br>                                       )<br>         Defendant.         )<br>_____) | 1:08cv1381 BAK (DLB)<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 18) |

On July 2, 2009, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief. Defendant explains that an extension is necessary because originally assigned counsel had to take extended leave because of a family medical emergency, unavoidable conflict in the briefing schedule of a large number of cases, and the anticipated assignment of new counsel on behalf of Defendant.

The parties' request is GRANTED. Defendant's response to Plaintiff's opening brief SHALL be filed on or before August 10, 2009.

IT IS SO ORDERED.

Dated:    **July 6, 2009**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1